IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HOME DESIGN SERVICES INC.,

    Plaintiff,

vs.                                                   4:08-CV-355-SPM/WCS

TURNER HERITAGE HOMES INC, et al.,

    Defendants.

_____/

## ORDER DENYING MOTION FOR CLARIFICATION

Upon consideration of the Plaintiff's Motion for Clarification (doc. 247), it is hereby ORDERED AND ADJUDGED that the Motion is DENIED. The Court's previous Order (doc. 241) is sufficiently clear. To the extent that either party will seek to present evidence of prior litigation at the upcoming trial, the party must identify it, with specificity, prior to the Pre-Trial Conference, set for August 2, 2010, along with a statement of the relevance thereof. Otherwise, such evidence will be excluded.

**DONE AND ORDERED** this <u>second</u> day of August, 2010.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      Chief United States District Judge