**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

HOME DESIGN SERVICES INC.,

    Plaintiff,

vs.                                       4:08-CV-355-SPM/WCS

TURNER HERITAGE HOMES INC, et al.,

    Defendants.

_____/

## ORDER

**THIS CAUSE** comes before the Court upon the Defendants' Unopposed Motion to Excuse Appearances From Mediation and the Pre-Trial Conference (doc. 245). Upon consideration, the Motion is **GRANTED**.

**DONE AND ORDERED** this <u>second</u> day of August, 2010.

            *s/ Stephan P. Mickle*
            Stephan P. Mickle
            Chief United States District Judge