**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**HOME DESIGN SERVICES INC,**

       **Plaintiff,**

**vs.**                        **CASE NO.: 4:08-CV-355-SPM/WCS**

**TURNER HERITAGE HOMES INC, et al.,**

       **Defendants.**
_____/

## <u>ORDER GRANTING IN PART AND DENYING IN PART</u>
## <u>MOTION IN LIMINE</u>

      **THIS CAUSE** comes before the Court upon the Defendants' Motion in

Limine (doc. 174) and the Plaintiff's Response (doc. 189), which concedes that

the Plaintiff will not seek to present certain types of evidence challenged by the

Defendants' Motion. As to those categories of evidence subject to a dispute of

the Parties regarding admissibility, the Motion in Limine will be granted in part

and denied in part.

      Pursuant to Federal Rules of Evidence 610 and 403, witness James Zirkel

is foreclosed from testifying regarding his church affiliations and religious activity.

James Zirkel may testify about his military service only **briefly**, as a matter of

background.

Pursuant to Federal Rule of Evidence 403, Plaintiff is prohibited from identifying famous people, professional athletes, members of the judiciary, or other "public figures" who have conducted business with the Plaintiff.

Pursuant to Federal Rule of Civil Procedure 37(c)(1), Plaintiff is foreclosed from presenting evidence of publication of the HDS-2089 home plan not disclosed to Defendants in discovery, or otherwise permitted by prior Order of this Court.

In all other respects, in which the Plaintiff has not indicated in its Response (doc. 189) that it will not seek to raise the challenged evidence, the Defendants' Motion in Limine (doc. 174) is DENIED.

**DONE AND ORDERED** this <u>fourth</u> day of August, 2010.

_s/ Stephan P. Mickle_

Stephan P. Mickle
Chief United States District Judge