IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HOME DESIGN SERVICES INC.,

    Plaintiff,

vs.                                                   4:08-CV-355-SPM/WCS

TURNER HERITAGE HOMES INC, et al.,

    Defendants.

_____/

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Motion to Extend Time to Submit Trial Brief (doc. 214), and Defendant Frederick E. Turner's Motion to Excuse Appearance at Pre-Trial Conference (doc. 218). Upon consideration, the Motions are DENIED AS MOOT.

**DONE AND ORDERED** this fourth day of August, 2010.

                                            s/ Stephan P. Mickle
                                            Stephan P. Mickle
                                            Chief United States District Judge