IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HOME DESIGN SERVICES INC.,

    Plaintiff,

vs.                                         4:08-CV-355-SPM/WCS

TURNER HERITAGE HOMES INC, et al.,

    Defendants.

_____/

## ORDER

UPON CONSIDERATION of the "Plaintiff's Motion to Exclude Unsupported Cost Summary Evidence and Motion for Sanctions for Defendants' Actions in Withholding and Destroying Job Cost Evidence" (doc. 179) and the Defendants' Response in Opposition (doc. 191), it is hereby ORDERED AND ADJUDGED that the Plaintiff's Motion (doc. 179) is DENIED, as the reports are admissible as business records pursuant to Federal Evidence Rule 803(6).

**DONE AND ORDERED** this <u>sixth</u> day of August, 2010.

                            *s/ Stephan P. Mickle*
                            Stephan P. Mickle
                            Chief United States District Judge