**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**HOME DESIGN SERVICES INC,**

> **Plaintiff,**

**vs.**                                                    **CASE NO.: 4:08-CV-355-SPM/WCS**

**TURNER HERITAGE HOMES INC, et al.,**

> **Defendants.**

_____/

### ORDER DENYING MOTION TO EXCLUDE EXPERT

**THIS CAUSE** comes before the Court upon the Plaintiff's Motion to

Exclude Expert (doc. 177), Defendants' Response in Opposition (doc. 192),

Plaintiff's Motion to Supplement the Motion to Exclude Expert (doc. 244), and

Defendant's Response in Opposition (doc. 268). Good cause having been found,

the Plaintiff's Motion to Supplement (doc. 244) is GRANTED. However, as Dr.

Henry Fishkind is qualified as an economic expert, and as his testimony is

reasonable, reliable, and relevant, the Plaintiff's Motion to Exclude (doc. 177) is

DENIED.

**DONE AND ORDERED** this <u>twenty-ninth</u> day of September, 2010.

_s/ Stephan P. Mickle_

Stephan P. Mickle
Chief United States District Judge