IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.                        CASE NO.: 4:08cv355-SPM/WCS

TURNER HERITAGE HOMES, INC.,

    Defendants.

_____/

## ORDER DENYING MOTION AS MOOT

This cause comes before the Court on Defendants' Motion for Leave to Bring Electronic Equipment to Court During Trial. Doc. 266. Since the filing of the motion, the August 16, 2010 trial has been continued and the parties have been conducting additional discovery. Based on the foregoing, it is

ORDERED AND ADJUDGED: The motion (doc. 266) is denied as moot.

DONE AND ORDERED this 14th day of March, 2011.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    Chief United States District Judge