UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HOME DESIGN SERVICES, INC.,

    **Plaintiff,**

v.                                          CASE NO. 4:08cv355-MCR-GRJ

TURNER HERITAGE HOMES,
INC., et al.,

    **Defendants.**
_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 26, 2017. ECF No. 476. The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). *See* ECF Nos. 477, 478. The Court has made a *de novo* determination of the timely filed objections. Having fully reviewed the Report, the objections, and the response to objections, the Court finds no error in the Magistrate Judge's thorough Report and Recommendation and concludes that oral argument is not necessary. Therefore, the Report and Recommendation will be adopted.

Accordingly, it is now **ORDERED** as follows:

    1.    The Objections, ECF No. 477, are **OVERRULED,** and the Magistrate

Judge's carefully analyzed Report and Recommendation, ECF No. 476, is adopted and incorporated by reference in this Order.

2. Defendants' Renewed Motion for Fees and Full Costs Under N.D. Fla. Loc. R. 54.1, ECF No. 472, is **GRANTED**.

3. This case is recommitted to Magistrate Judge Gary Jones for the purpose of determining the amount of fees and costs to be awarded. An appropriate briefing schedule and hearing, if necessary, will be scheduled by Magistrate Judge Jones.

4. The request for oral argument on the objections is **DENIED**.

**DONE AND ORDERED** this 24th day of August, 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**