Exhibit C



# AIPLA
## American Intellectual Property Law Association
Serving America's Legal and Creative Community

# Report of the Economic Survey 2017

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

Donika P. Pentcheva, Chair
Frank L. Gerratana, Vice Chair

June 2017

Prepared by:



ARI Association Research, Inc.

910 Clopper Road, Suite 210N ■ Gaithersburg, Maryland 20878
TEL: (240) 268-1262 ■ ARI@associationresearch.com

Private Firm, Partner

# Average hourly billing rate in 2016 (Q30)

*Private Firm, Partner*

| | | Number of Individuals | Mean (Average) | Average hourly billing rate in 2016 | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 331 | $503 | $301 | $373 | $450 | $580 | $799 |
| Years of Intellectual Property Law Experience | 5-6 | 6 | $327 | ISD | $250 | $330 | $375 | ISD |
| | 7-9 | 11 | $382 | $256 | $300 | $350 | $445 | $690 |
| | 10-14 | 43 | $381 | $297 | $315 | $365 | $421 | $517 |
| | 15-24 | 131 | $498 | $321 | $375 | $450 | $600 | $750 |
| | 25-34 | 85 | $553 | $348 | $400 | $490 | $675 | $900 |
| | 35 or More | 55 | $575 | $348 | $420 | $525 | $700 | $962 |
| Location | Boston CMSA | 13 | $632 | $295 | $410 | $700 | $800 | $994 |
| | NYC CMSA | 26 | $582 | $386 | $433 | $540 | $705 | $930 |
| | Philadelphia CMSA | 13 | $578 | $328 | $450 | $550 | $738 | $884 |
| | Washington, DC CMSA | 52 | $535 | $346 | $400 | $470 | $681 | $818 |
| | Other East | 12 | $397 | $250 | $350 | $390 | $483 | $528 |
| | Metro Southeast | 12 | $481 | $268 | $365 | $438 | $510 | $950 |
| | Other Southeast | 12 | $384 | $305 | $341 | $363 | $424 | $525 |
| | Chicago CMSA | 24 | $562 | $380 | $453 | $522 | $640 | $895 |
| | Minne.-St. Paul PMSA | 13 | $484 | $280 | $358 | $425 | $598 | $763 |
| | Other Central | 70 | $398 | $290 | $320 | $378 | $446 | $593 |
| | Texas | 32 | $606 | $334 | $413 | $528 | $819 | $900 |
| | Los Angeles CMSA | 7 | $575 | ISD | $400 | $525 | $770 | ISD |
| | San Francisco CMSA | 13 | $634 | $401 | $478 | $525 | $798 | $1,022 |
| | Other West | 32 | $417 | $300 | $318 | $390 | $469 | $578 |
| IP Technical Specialization (>=50%) | Biotechnology | 19 | $551 | $285 | $370 | $420 | $750 | $950 |
| | Chemical | 28 | $433 | $299 | $350 | $420 | $500 | $630 |
| | Computer Hardware | 5 | $669 | ISD | $413 | $700 | $910 | ISD |
| | Computer Software | 33 | $493 | $309 | $353 | $450 | $535 | $783 |
| | Electrical | 25 | $518 | $318 | $350 | $450 | $673 | $840 |
| | Mechanical | 71 | $446 | $303 | $350 | $400 | $513 | $634 |
| | Medical/ Health Care | 15 | $450 | $298 | $380 | $400 | $550 | $564 |
| | Pharmaceutical | 9 | $786 | ISD | $500 | $900 | $1,025 | ISD |
| Age | Younger than 35 | 3 | $367 | ISD | ISD | $350 | ISD | ISD |
| | 35-39 | 22 | $354 | $250 | $300 | $348 | $405 | $457 |
| | 40-44 | 37 | $471 | $299 | $335 | $390 | $600 | $750 |
| | 45-49 | 52 | $474 | $300 | $350 | $423 | $528 | $791 |
| | 50-54 | 84 | $490 | $315 | $390 | $450 | $550 | $785 |
| | 55-59 | 52 | $535 | $344 | $389 | $478 | $593 | $900 |
| | 60 or Older | 79 | $573 | $373 | $420 | $525 | $700 | $950 |
| Gender | Male | 284 | $504 | $315 | $375 | $450 | $575 | $790 |
| | Female | 43 | $485 | $300 | $330 | $425 | $605 | $846 |
| Highest Non-Law Degree | Bachelor's Degree | 219 | $495 | $310 | $365 | $440 | $565 | $795 |
| | Master's Degree | 69 | $542 | $300 | $398 | $500 | $690 | $850 |
| | Doctorate Degree | 29 | $481 | $300 | $340 | $450 | $600 | $785 |
| Ethnicity | White/Caucasian | 293 | $503 | $300 | $374 | $450 | $578 | $800 |
| | Hispanic/Latino | 6 | $486 | ISD | $303 | $483 | $668 | ISD |
| | Asian/Pacific Islander | 14 | $533 | $325 | $393 | $505 | $620 | $848 |
| | Other | 5 | $516 | ISD | $333 | $375 | $770 | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 33 | $380 | $250 | $300 | $350 | $410 | $530 |
| | 3-5 | 59 | $414 | $300 | $360 | $390 | $450 | $535 |
| | 6-10 | 46 | $446 | $300 | $350 | $425 | $531 | $604 |
| | 11-25 | 67 | $447 | $300 | $350 | $400 | $500 | $604 |
| | 26-50 | 38 | $517 | $314 | $418 | $495 | $568 | $754 |
| | 51-100 | 46 | $622 | $379 | $450 | $568 | $789 | $950 |
| | 101-150 | 18 | $634 | $401 | $475 | $615 | $756 | $853 |
| | More than 150 | 20 | $837 | $603 | $669 | $825 | $984 | $1,095 |

## Private Firm, Associate

### Average hourly billing rate in 2016 (Q30)

*Private Firm, Associate*

|  |  | \multicolumn{7}{c}{Average hourly billing rate in 2016} |
|---|---|---|---|---|---|---|---|
|  |  | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals |  | 186 | $386 | $225 | $274 | $340 | $475 | $606 |
| Years of Intellectual Property Law Experience | Fewer than 5 | 39 | $314 | $205 | $250 | $280 | $360 | $525 |
|  | 5-6 | 32 | $312 | $220 | $246 | $278 | $339 | $509 |
|  | 7-9 | 36 | $442 | $273 | $325 | $378 | $578 | $685 |
|  | 10-14 | 30 | $377 | $250 | $274 | $343 | $424 | $618 |
|  | 15-24 | 29 | $439 | $300 | $323 | $450 | $498 | $650 |
|  | 25-34 | 11 | $485 | $269 | $375 | $480 | $575 | $800 |
|  | 35 or More | 5 | $601 | ISD | $418 | $640 | $765 | ISD |
| Location | Boston CMSA | 14 | $479 | $235 | $321 | $505 | $593 | $738 |
|  | NYC CMSA | 14 | $461 | $205 | $316 | $413 | $610 | $775 |
|  | Philadelphia CMSA | 3 | $338 | ISD | ISD | $340 | ISD | ISD |
|  | Washington, DC CMSA | 37 | $452 | $278 | $323 | $400 | $555 | $700 |
|  | Other East | 10 | $334 | $205 | $288 | $325 | $389 | $487 |
|  | Metro Southeast | 8 | $343 | ISD | $269 | $343 | $369 | ISD |
|  | Other Southeast | 4 | $300 | ISD | $228 | $316 | $358 | ISD |
|  | Chicago CMSA | 7 | $351 | ISD | $275 | $310 | $475 | ISD |
|  | Minne.-St. Paul PMSA | 10 | $294 | $165 | $239 | $270 | $351 | $466 |
|  | Other Central | 33 | $283 | $215 | $233 | $260 | $316 | $387 |
|  | Texas | 12 | $435 | $253 | $328 | $415 | $565 | $682 |
|  | Los Angeles CMSA | 5 | $412 | ISD | $320 | $370 | $525 | ISD |
|  | San Francisco CMSA | 4 | $476 | ISD | $413 | $488 | $529 | ISD |
|  | Other West | 25 | $385 | $223 | $250 | $365 | $475 | $632 |
| IP Technical Specialization (>=50%) | Biotechnology | 8 | $496 | ISD | $364 | $468 | $656 | ISD |
|  | Chemical | 16 | $326 | $216 | $231 | $313 | $344 | $516 |
|  | Computer Hardware | 4 | $366 | ISD | $249 | $310 | $540 | ISD |
|  | Computer Software | 30 | $385 | $223 | $271 | $358 | $464 | $569 |
|  | Electrical | 15 | $355 | $209 | $260 | $325 | $400 | $560 |
|  | Mechanical | 48 | $334 | $220 | $250 | $333 | $400 | $475 |
|  | Medical/ Health Care | 5 | $379 | ISD | $250 | $375 | $510 | ISD |
|  | Pharmaceutical | 9 | $424 | ISD | $283 | $380 | $570 | ISD |
| Age | Younger than 35 | 41 | $317 | $201 | $243 | $300 | $355 | $519 |
|  | 35-39 | 55 | $387 | $226 | $260 | $335 | $505 | $632 |
|  | 40-44 | 27 | $374 | $222 | $260 | $325 | $470 | $650 |
|  | 45-49 | 24 | $397 | $225 | $311 | $393 | $490 | $575 |
|  | 50-54 | 11 | $421 | $317 | $325 | $340 | $455 | $792 |
|  | 55-59 | 11 | $439 | $242 | $300 | $450 | $575 | $670 |
|  | 60 or Older | 15 | $506 | $307 | $375 | $475 | $640 | $788 |
| Gender | Male | 146 | $385 | $240 | $275 | $340 | $463 | $600 |
|  | Female | 38 | $388 | $200 | $250 | $350 | $504 | $651 |
| Highest Non-Law Degree | Bachelor's Degree | 115 | $380 | $220 | $260 | $325 | $475 | $608 |
|  | Master's Degree | 52 | $387 | $240 | $285 | $350 | $450 | $629 |
|  | Doctorate Degree | 15 | $425 | $238 | $315 | $375 | $565 | $663 |
| Ethnicity | White/Caucasian | 157 | $379 | $240 | $275 | $335 | $458 | $600 |
|  | Asian/Pacific Islander | 13 | $454 | $205 | $298 | $460 | $593 | $665 |
|  | Blended | 3 | $498 | ISD | ISD | $400 | ISD | ISD |
|  | Other | 3 | $258 | ISD | ISD | $225 | ISD | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 5 | $241 | ISD | $197 | $225 | $293 | ISD |
|  | 3-5 | 13 | $377 | $220 | $250 | $380 | $475 | $552 |
|  | 6-10 | 22 | $314 | $210 | $250 | $313 | $353 | $435 |
|  | 11-25 | 36 | $350 | $224 | $253 | $318 | $400 | $551 |
|  | 26-50 | 35 | $381 | $240 | $290 | $340 | $425 | $605 |
|  | 51-100 | 30 | $440 | $260 | $314 | $430 | $516 | $673 |
|  | 101-150 | 22 | $360 | $263 | $275 | $333 | $419 | $558 |
|  | More than 150 | 18 | $554 | $318 | $449 | $583 | $658 | $733 |